William C. Rooklidge (SBN 134483)
Gregory S. Cordrey (SBN 190144)
HOWREY SIMON ARNOLD & WHITE, LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

Attorneys for Plaintiffs
AVERY DENNISON OFFICE PRODUCTS COMPANY
AVERY DENNISON CORPORATION

LODGED
2004 MAR 10 PM 4:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 12 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

AVERY DENNISON OFFICE PRODUCTS COMPANY, a Nevada corporation; AVERY DENNISON CORPORATION, a Delaware corporation,

Plaintiffs,

v.

IMPRESO, INC., a corporation of unknown registration; TST/IMPRESO, INC., a Delaware corporation; TST/IMPRESO OF CALIFORNIA, INC., a California corporation; HOTSHEET.COM, INC., a corporation of unknown registration,

Defendants.

Case No. SA CV 03-1469 CJC (MLGx)

**STIPULATION AND ~~[PROPOSED]~~ CONSENT JUDGMENT AND INJUNCTION**

DOCKETED ON CM
MAR 18 2004
BY 024

3

1. In the settlement of this action, Plaintiffs Avery Dennison Office Products Company and Avery Dennison Corporation (collectively, "Avery Dennison") and Defendants Impreso, Inc., TST/Impreso, Inc., TST/Impreso of California, Inc. and Hotsheet.com, Inc. (collectively, "TST") have executed a Confidential Settlement Agreement (the "Agreement"). Further to that Agreement, and good cause appearing therefore, IT IS HEREBY STIPULATED by and between Avery Dennison and TST, that the Court enter the following Consent Judgment:

2. That this Court has subject matter jurisdiction over this action under 28 U.S.C. Sections 1331 and 1338(a);

3. That Avery Dennison sold and sells office products, including its Clean Edge™ business cards;

4. That in connection with its office products, including its Clean Edge™ business cards, Avery Dennison has developed extensive intellectual property protection, including patent protection;

5. That Avery Dennison owns United States Patent Nos. 5,853,837, 5,993,928 and 5,997,680 (collectively, the "Clean Edge Patents");

6. That the Clean Edge Patents are valid and enforceable with respect to the IBM Corporate Cut business cards. TST agrees not to challenge the validity or enforceability of these Clean Edge Patents in any forum in the future; however, TST shall have the right to contest whether or not any other TST products infringe the Clean Edge Patents;

7. That TST has distributed, sold, offered for sale, advertised, promoted, displayed, marketed, copied or imported and otherwise commercially used in interstate commerce and in this judicial district the IBM Corporate Cut Business Cards, which Avery Dennison asserts infringe its Clean Edge Patents under 35 U.S.C. § 271;

8. That TST and its agents, servants, employees, officers, directors, attorneys, successors and assigns, and all persons in active concert or participation with it who receive actual notice of this order by personal service or otherwise, be enjoined pursuant

to Rule 65 of the Federal Rules of Civil Procedure from engaging in any of the following activities without the express permission of Avery Dennison:

a. Manufacturing, producing, distributing, selling, offering for sale, advertising, promoting, displaying, marketing, copying or importing and otherwise commercially using in interstate commerce and in this judicial district the IBM Corporate Cut Business Cards during the time the Clean Edge Patents are enforceable;

b. Infringing any of the Clean Edge Patents by manufacturing, producing, distributing, selling, offering for sale, advertising, promoting, displaying, marketing, copying or importing and otherwise commercially using in interstate commerce and in this judicial district any business cards that embody the inventions claimed in the Clean Edge Patents, or any colorable imitations thereof during the time the Clean Edge Patents are enforceable;

c. Attempting to perform any of the acts identified in paragraphs 15(a) and 15(b) above; and

d. Assisting, aiding or abetting any third party in performing any of the acts identified in paragraphs 15(a) and 15(b) above;

9. That TST shall, within thirty (30) business days of notice by Avery Dennison, deliver to Avery Dennison for destruction all of the IBM Corporate Cut Business Cards, the sales of which would violate this injunction, that are in TST's possession, custody or control;

10. That Judgment is hereby entered in favor of Avery Dennison and against TST on each and every claim for relief in Avery Dennison's Complaint;

11. That each party shall bear its own costs and attorneys' fees; and

12. That this Court shall retain jurisdiction to consider any dispute or action to

///

///

///

enforce the terms of this Consent Judgment or of the parties' Agreement, the terms of which are incorporated herein by reference.

**IT IS SO STIPULATED.**

DATED: March 9, 2004.

WILLIAM C. ROOKLIDGE
GREGORY S. CORDREY
HOWREY SIMON ARNOLD & WHITE, LLP

By: ______________________
GREGORY S. CORDREY
Attorneys for Plaintiffs
AVERY DENNISON OFFICE PRODUCTS COMPANY, AVERY DENNISON CORPORATION

DATED: March ___, 2004.

TAMMY YAHIEL
TST/IMPRESO, INC.

By: ______________________
TAMMY YAHIEL
Attorney for Defendants
IMPRESO, INC., TST/IMPRESO, INC., TST/IMPRESO OF CALIFORNIA, INC. AND HOTSHEET.COM, INC

**IT IS SO ORDERED.**

DATED: ______________________

______________________
UNITED STATES DISTRICT JUDGE

1745729

enforce the terms of this Consent Judgment or of the parties' Agreement, the terms of which are incorporated herein by reference.

**IT IS SO STIPULATED.**

DATED: March ___, 2004.

WILLIAM C. ROOKLIDGE
GREGORY S. CORDREY
HOWREY SIMON ARNOLD & WHITE, LLP

By: ______________________
GREGORY S. CORDREY
Attorneys for Plaintiffs
AVERY DENNISON OFFICE PRODUCTS COMPANY, AVERY DENNISON CORPORATION

DATED: March 8, 2004.

TAMMY YAHIEL
TST/IMPRESO, INC.

By: [signature]
TAMMY YAHIEL
Attorney for Defendants
IMPRESO, INC., TST/IMPRESO, INC., TST/IMPRESO OF CALIFORNIA, INC. AND HOTSHEET.COM, INC

**IT IS SO ORDERED.**

DATED: 3/11/04

[signature]
UNITED STATES DISTRICT JUDGE

1745729